UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

United States of America,

       Plaintiff,

       v.              Action No. 5:98CR14BrS

Ralph Payne,

       Defendant,

       and

Entergy Services, Inc.

       Garnishee.

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed its answer on or about August 17, 2007, (Docket #23) and advised that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On or about December 12, 2008, the Garnishee notified this office by copy of its Supplemental Answer to Writ of Garnishment that the defendant has terminated employment with the Garnishee as of October 14, 2008 and that further the Garnishee has funds currently held under the Writ of Continuing Garnishment and will retain such funds pending further order of this Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Entergy Services, remit those funds currently held under the Writ of Continuing Garnishment and forward those funds to the U. S. District Court Clerk, P O Box 23552, Jackson, MS 39225-3552.

ORDERED this  20th  day of   January , 2009.


                                        s/ David Bramlette  
                                      UNITED STATES DISTRICT JUDGE